JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
**WHITMIRE LAW, PLLC**
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MORTON,<br><br>　　　　Plaintiff,<br>v.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>　　　　Defendant. | Case No.: 2:23-cv-01320--DJA<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OT THE MOTION TO DISMISS**<br><br>**(First Request)** |

　　　　Plaintiff and Defendant, by and through their counsel, state the following:

　　　　1.　　This is the parties first request for an extension of time concerning briefing issues.

　　　　2.　　Defendant filed its Motion to Dismiss Plaintiff's Complaint ("Motion") on August 31, 2023. (ECF No. 4).

　　　　3.　　Pursuant to LR 7-2(b), Plaintiff has 14 days to file a response to the Motion, or until September 14, 2023.

　　　　4.　　Plaintiff and Defendants agree to an eleven (11) day extension for Plaintiff to file a Response to the Motion from September 14, 2023 to **September 25, 2023**.

5. Additionally, pursuant to LR 7-2(b), Defendant's reply brief in support of the Motion would be due on or before October 2, 2023. In order to accommodate resulting scheduling issues for Defendant, Plaintiff and Defendant agree to an additional seven (7) day extension for Defendant to file its reply brief, or until **October 9, 2023**.

6. This extension is being sought for good cause and not for the purposes of delay. Plaintiff's counsel is completing briefing in various different matters and had taken a few days away from the office during the recent Labor Day weekend.

IT IS SO AGREED AND STIPULATED:

| **WHITMIRE LAW, PLLC** | **PETERSON BAKER, PLLC** |
|---|---|
| /s/ James E. Whitmire | /s/ Tamara Beatty Peterson |
| JAMES E. WHITMIRE, ESQ. | TAMARA BEATTY PETERSON, ESQ. |
| Nevada State Bar No. 6533 | Nevada Bar No. 5218 |
| 10161 Park Run Drive, Ste. 150 | DAVID E. ASTUR, ESQ. |
| Las Vegas, Nevada 89145 | Nevada Bar No. 15008 |
| Tel.: (702) 846-0949 / Fax: (702) 727-1343 | 701 S. 7th Street |
| jwhitmire@whitmirelawnv.com | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiffs* | Tel.: (702) 786-1001 / Fax: (702) 786-1002 |
| | tpeterson@petersonbaker.com |
| | dastur@petersonbaker.com |
| | *Attorney for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  September 23, 2023