TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, ESQ. *(Pro Hac Vice)*
thardy@reedsmith.com
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312.207.1000

ZACHARY BRIAN KIZITAFF, ESQ. *(Pro Hac Vice)*
zkizitaff@reedsmith.com
REED SMITH LLP
Three Logan Square
1717 Arch St, Suite 3100
Philadelphia, PA 19103
Telephone: 215.851.1456

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MORTON,<br><br>    Plaintiff,<br>v.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD; and DOES 1-20,<br><br>    Defendants. | Case No: 2:23-cv-01320-GMN-DJA<br>**ORDER RE**:<br>**MOTION FOR WITHDRAWAL OF DAVID ASTUR, ESQ. AS COUNSEL OF RECORD FOR ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6, Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Defendant") hereby requests that the Court withdraw David Astur, Esq. as attorney of record in this matter. Mr. Astur is

– 1 –

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

no longer associated with the firm of Peterson Baker, PLLC. Tamara Beatty Peterson, Esq. will continue to serve as counsel for Defendants.

      The Clerk's office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect the withdrawal of Mr. Astur as counsel of record for Defendant.

DATED: October 8, 2024.

PETERSON BAKER, PLLC

  /s/ *Tamara Beatty Peterson*
TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, ESQ. *(Pro Hac Vice)*
thardy@reedsmith.com
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312.207.1000

ZACHARY BRIAN KIZITAFF, ESQ. *(Pro Hac Vice)*
zkizitaff@reedsmith.com
REED SMITH LLP
Three Logan Square
1717 Arch St, Suite 3100
Philadelphia, PA 19103
Telephone: 215.851.1456

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield*

**IT IS SO ORDERED**.

DATED: 10/8/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I on October 8, 2024, I electronically filed the foregoing **MOTION FOR WITHDRAWAL OF DAVID ASTUR, ESQ. AS COUNSEL OF RECORD FOR ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD** with the Clerk of the United States District of Nevada using the CM/ECF system, which sends notice to all counsel of record in the above-entitled action, as listed below:

JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
10785 West Twain, Suite 226
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Michael Morton*

                                                  */s/ Julia L. Melnar*
                                                  On behalf of Peterson Baker, PLLC