JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@whitmirelawnv.com
WHITMIRE LAW, PLLC
10785 West Twain, Suite 226
Las Vegas, Nevada 89145
Telephone:  702/846-0948
Facsimile:  702/727-1343
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MORTON,<br><br>      Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD<br><br>      Defendants. | Case No.:  2:23-cv-01320-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE MOTIONS OR STIPULATION REGARDING STANDARD OF REVIEW**<br><br>**[Second Request]** |

Plaintiff and Defendant, by and through their counsel, state the following:

1. This Court entered the Parties' Discovery Plan and Scheduling Order, as amended by the Court (the "Order"), on August 19, 2024. *See* ECF No. 31.

2. The Order requires, among other things, that any motion to determine the standard of review shall be filed by October 10, 2024, or the parties may submit a stipulation to the Court if they agree on the applicable standard of review. *See id.* ¶ 2.  This deadline was extended to October 24, 2024.  *See* ECF No. 36.

3. Counsel for the Parties have met and conferred and have not stipulated as to the applicable standard of review in this matter.  Counsel for the Parties respectfully request an eleven-day (11) extension of the time permitted under the Order to file any motion or stipulation

regarding the applicable standard of review, from October 24, 2024 to Monday, November 4, 2024.

4. This is the second stipulation for an extension of time to file the motion or stipulation regarding the applicable standard of review.

5. This Stipulation is being filed in good faith and not for the purposes of delay, nor is it prejudicial to either Party. Counsel for Plaintiff has recently been involved in a business litigation Temporary Restraining Order matter and has also been involved in assisting a move for one of his children.

IT IS SO AGREED AND STIPULATED:

| WHITMIRE LAW, PLLC | PETERSON BAKER, PLLC |
|---|---|
| /s/ James E. Whitmire | /s/ Tamara Beatty Peterson |
| JAMES E. WHITMIRE, ESQ. | TAMARA BEATTY PETERSON, ESQ. |
| Nevada State Bar No. 6533 | Nevada Bar No. 5218 |
| 10785 West Twain, Suite 226 | 701 S. 7th Street |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| Tel.: (702) 846-0949 / Fax: (702) 727-1343 | Tel.: (702) 786-1001 / Fax: (702) 786-1002 |
| jwhitmire@whitmirelawnv.com | tpeterson@petersonbaker.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

**IT IS SO ORDERED**.

DATED: 10/22/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE