JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@whitmirelawnv.com
WHITMIRE LAW, PLLC
10785 West Twain, Suite 226
Las Vegas, Nevada 89145
Telephone:    702/846-0948
Facsimile:    702/727-1343
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MORTON,<br><br>              Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD<br><br>              Defendants. | Case No.: 2:23-cv-01320-GMN-DJA<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO INCLUDE EXTENDING TIME FOR DETERMINATION OF THE SCOPE OF DISCOVERY AND MERITS BRIEFING**<br><br>**[First Request]** |

Plaintiff and Defendant, by and through their counsel, state the following:

1. This is an ERISA case for which unique scheduling issues exist.

2. This Court entered the Parties' Discovery Plan and Scheduling Order, as amended by the Court (the "DPSO"), on August 19, 2024. ECF No. 31.

3. The DPSO required, among other things, that the parties either stipulate or file motions to determine the standard of review.

4. Counsel for the Parties met and conferred did not stipulate as to the applicable standard of review in this matter. The parties' briefing concerning the applicable standard of review has been submitted to the Court. ECF Nos. 41-49, 51-55. No decision has been made concerning the applicable standard of review.

5. The DPSO provided that "[t]he scope of discovery and any discovery limitations will be decided after the standard of review is determined by stipulation or order of the Court" and that "[t]he parties shall submit a stipulation or motion to decide the scope of discovery and any discovery limitations within 21 days after the standard of review is decided." ECF No. 31 at page 2 of 4.

6. The DPSO further provided a briefing schedule concerning "Merits Briefing" with Plaintiff's opening brief being due on February 7, 2025. ECF No. 31 at page 3 of 4.

7. Given that the Court's ruling on the standard of review and scope of discovery may impact Merits Briefing, the parties stipulate and request that the Court modify the DPSO that is currently in effect as follows:

    a. The DPSO provision stating that any stipulation or motion to decide the scope of discovery and any discovery limitations be filed within 21 days after the standard or review is decided shall remain in effect.

    b. The Merits briefing deadlines shall be extended, with Plaintiff's opening brief being due thirty (30) days after the close of any discovery permitted by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. This Stipulation is being filed in good faith and not for the purposes of delay, nor is it prejudicial to either Party.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| **WHITMIRE LAW, PLLC** | **PETERSON BAKER, PLLC** |
| /s/ James E. Whitmire | /s/ Tamara Beatty Peterson |
| JAMES E. WHITMIRE, ESQ. | TAMARA BEATTY PETERSON, ESQ. |
| Nevada State Bar No. 6533 | Nevada Bar No. 5218 |
| 10785 West Twain, Suite 226 | 701 S. 7th Street |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| Tel.: (702) 846-0949 / Fax: (702) 727-1343 | Tel.: (702) 786-1001 / Fax: (702) 786-1002 |
| jwhitmire@whitmirelawnv.com | tpeterson@petersonbaker.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

**IT IS SO ORDERED:**

DATED: 1/21/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE