TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, ESQ. *(Pro Hac Vice)*
thardy@reedsmith.com
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312.207.1000

ZACHARY BRIAN KIZITAFF, ESQ. *(Pro Hac Vice)*
zkizitaff@reedsmith.com
REED SMITH LLP
Three Logan Square
1717 Arch St, Suite 3100
Philadelphia, PA 19103
Telephone: 215.851.1456

*Attorneys for Defendant Rocky Mountain Hospital and
Medical Service, Inc. dba Anthem Blue Cross and Blue Shield*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL A. MORTON,<br><br>        Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC. d/b/a Anthem Blue Cross and Blue Shield; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.: 2:23-cv-01320-GMN-DJA<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

        MICHAEL A. MORTON ("Plaintiff") and ROCKY MOUNTAIN HOSPITAL AND

MEDICAL SERVICES, INC. ("Defendant") by and through their counsel, and pursuant to Fed. R.

Civ. P. 41(a)(2), hereby stipulate and agree to dismiss the above-entitled action, with prejudice, as

to all claims, causes of action, and parties, with each party bearing their own attorney's fees and

1   costs.

2   **IT IS SO AGREED AND STIPULATED:**

3   Dated: May 30, 2025.

4   **WHITMIRE LAW, PLLC**                    **PETERSON BAKER, PLLC**

5   /s/ James E. Whitmire                      /s/ Tamara Beatty Peterson
    JAMES E. WHITMIRE, ESQ.                    TAMARA BEATTY PETERSON, ESQ.
6   Nevada State Bar No. 6533                  Nevada Bar No. 5218
    10785 West Twain, Suite 226                701 S. 7th Street
7   Las Vegas, Nevada 89135                    Las Vegas, Nevada 89101
    Tel.: (702) 846-0949 / Fax: (702) 727-1343 Tel.: (702) 786-1001 / Fax: (702) 786-1002
8   jwhitmire@whitmirelawnv.com                tpeterson@petersonbaker.com
    *Attorney for Plaintiffs*

9                                              THOMAS C. HARDY, ESQ. *(Pro Hac Vice)*
                                               thardy@reedsmith.com
10                                             REED SMITH LLP
                                               10 S. Wacker Drive, 40th Floor
11                                             Chicago, IL 60606
                                               Telephone: 312.207.1000

12                                             ZACHARY BRIAN KIZITAFF, ESQ. *(Pro Hac Vice)*
13                                             zkizitaff@reedsmith.com
                                               REED SMITH LLP
14                                             Three Logan Square
                                               1717 Arch St, Suite 3100
15                                             Philadelphia, PA 19103
                                               Telephone: 215.851.1456
16                                             *Attorney for Defendant*

17

18

19                            **ORDER**

20       Pursuant to the Stipulation of the parties under Fed. R. Civ. P. 41(a)(2), it is ordered that

21  this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action,

22  and parties, with each party bearing their own attorneys fees and costs.

23       Dated this __3__ day of June, 2025.

24                                             _____
                                               Gloria M. Navarro, District Judge
25                                             UNITED STATES DISTRICT COURT

26

27

28

2

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001